RECEIVED
IN LAKE CHARLES, LA.

JUN 22 2011

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HAMAD YOUSIF MOHAMED<br>A #072 191 560 | : | DOCKET NO. 2:11 CV225 |
| VS. | : | JUDGE MINALDI |
| ERIC H. HOLDER, et al | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, an independent review of the record has led this court to conclude that the findings and conclusions are entirely correct. Accordingly, it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED for lack of jurisdiction.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this __21__ day of ____June____ 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE